**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1641**

_____

LARRY J. RUSSELL, JR.,

        Plaintiff – Appellant,

    v.

MERRILL LYNCH, INC.; EVANS NEVILLE; FRANK AZZARITA; DARBY
HENLEY, JR.; CHRISTOPHER DAVIS,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  William L. Osteen,
Jr., District Judge.  (1:09-cv-00534-WO-PTS)

_____

Submitted:  October 19, 2011      Decided:  November 1, 2011

_____

Before DUNCAN, AGEE, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry J. Russell, Jr., Appellant Pro Se. Audrey Y. Dupont,
Carole Golinski Miller, MAYNARD, COOPER & GALE, PC, Birmingham,
Alabama; James Marion Powell, WOMBLE CARLYLE SANDRIDGE & RICE,
PLLC, Greensboro, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry J. Russell, Jr., appeals the district court's orders accepting the recommendation of the magistrate judge and granting summary judgment on his employment discrimination claims, ordering the payment of attorney's fees, and denying his various motions.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Russell v. Merrill Lynch, No. 1:09-cv-00534-WO-PTS (M.D.N.C. Dec. 10, 2009; Feb. 1, 2010; July 7, 2010; Mar. 31, 2011; Apr. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although Russell's notice of appeal designates an appeal from only the district court's March 31, 2011 order, his intent to appeal the district court's various other orders is clear and Merrill Lynch is not prejudiced by his mistaken omissions. See Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005).